IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT THOMAS PECK III,<br><br>*Defendant*. | Case No. 1:25-MJ-568 |

**<u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT</u>**

I, Marc Gastaldo, being duly sworn, depose and state:

1.  I am currently employed as a Special Agent of the Federal Bureau of Investigation ("FBI") and have been since July 5, 2020. Prior to my employment as a Special Agent, I was an Investigative Specialist working covert surveillance investigations for the FBI for five years. I was also a sworn Law Enforcement Officer in the Loudoun County Sheriff's Office for eight years prior to joining the FBI. Throughout my career, I have participated in investigations of, among other things, violent crimes, explosive device detection and identification, espionage, international and domestic terrorism, and other federal and state offenses, including the execution of arrest warrants and search warrants. I am currently assigned to the Washington Field Office of the FBI, where I investigate violations of federal law that occur within the airport environment and on-board aircraft. I am familiar with the relevant federal statutes, including under Titles 18 and 49 of the United States Code, and have conducted numerous investigations into offenses that have occurred upon an aircraft.

2. This affidavit is submitted in support of a criminal complaint and an arrest warrant for ROBERT THOMAS PECK III ("PECK III"), who, within the special aircraft and territorial jurisdiction of the United States, knowingly assaulted another person by striking, beating, or wounding, in violation of Title 18, United States Code, Section 113(a)(4).

3. The facts set forth in this statement of probable cause are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact or matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

4. On September 29, 2025, at approximately 10:52 A.M., the FBI was contacted by the Metro Washington Airport Authority Police Department ("MWAA") regarding an alleged domestic assault aboard United Airlines Flight 545 flying nonstop from Orlando/MCO to Dulles International Airport/IAD.

5. According to the VICTIM ("V1"), at approximately ten minutes into the flight, PECK III, sitting in seat 39A, was engaged in a verbal argument with V1, seated in 39C. During this argument, PECK III reached across a toddler, who was seated in 39B, and grabbed the right hand of V1. PECK III forcibly pulled V1's right hand up to his mouth and inserted multiple of V1's fingers into his mouth and bit down with force. V1's right hand sustained injuries to include broken skin and bleeding on the right ring finger, near the fingernail. Your affiant later observed this injury, as depicted below. ("FIG 1").



FIG 1

6.      V1 struggled and pulled her hand back to her lap as PECK III continued to quietly verbally berate her. PECK III told her that he should have slit her throat, and that he was going to punch her in the face.

7.      When PECK III observed that V1's fingers were bleeding he told V1 that he was going to bite her again. As PECK III continued to become more agitated, he quickly reached across the toddler in seat 39B and grabbed V1's right arm in the bicep area. PECK III grabbed her arm with such force that two finger sized bruises could clearly be seen on V1's arm after the flight had landed in Dulles International Airport. Your affiant later observed this injury, as depicted below. ("FIG 2").



FIG 2

8. Upon landing at Dulles International Airport, V1 notified a flight attendant about the assault and requested medical assistance for her injuries.

9. MWAA Fire and Rescue responded to the scene and checked V1's injuries and recommended she visit a hospital for x-rays of her hand. V1 declined and advised that she would seek medical attention at her local hospital. During an interview, after being advised of his rights, PECK III admitted to both grabbing V1's arm and biting V1's fingers.

## **CONCLUSION**

10. Based upon the foregoing, I submit there is probable cause to believe that on or about September 29, 2025, in the Eastern District of Virginia, the defendant, PECK III, on an aircraft in the special aircraft jurisdiction of the United States, namely United Airline Flight 545 flying nonstop from Orlando/MCO to Dulles International Airport/IAD, did commit assault by beating, striking, or wounding, in violation of Title 18 United States Code, Section 113(a)(4).

Respectfully submitted,

Marc Gastaldo
Special Agent
Federal Bureau of Investigations

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on September 30, 2025.

*William E. Fitzpatrick*
The Honorable William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia