IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT THOMAS PECK III,<br><br>*Defendant*. | Case No. 1:25-MJ-568<br><br>Joint Motion to Modify Conditions of Release |

**Parties' Joint Motion to Modify Conditions of Release**

The parties respectfully move the Court to modify its October 3, 2025, order issuing conditions of release, specifically as it relates to contact between the defendant and the victim as well as restrictions on the defendant's area of residence and travel.

**I.    Addition of a Third-Party Contact**

A condition of release states that the defendant must "avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, unless in the presence of counsel." ECF No. 15. The parties have determined that the victim and defendant require contact due to shared obligations, such as financial obligations, which cannot be avoided prior to trial. For this reason, the parties have identified a third-party contact, the victim's sister, who can supervise non-physical contact between the parties, such as phone calls, texts, or emails, for such purposes. Both parties agree that this person would be acceptable for this purpose. To that end, the parties move to amend condition 7(g) to allow contact between the defendant and the victim via phone, text, or email as long as the identified third-party is present on the communication.

## II. Addition of Child Custody Exchange

Further, the victim and defendant share a child together and have determined that they will need to see each other for the purpose of exchanging custody of the child. They have not been able to identify someone else who could assist. For this reason, the parties have agreed that exchanging custody of the child in the parking lot of the local police department, either at the Winchester, Virginia, or Martinsburg, West Virginia, Police Departments, will best safeguard each party's interests while awaiting trial.

## III. Modification of Residence and Travel

The defendant is living in Winchester, Virginia, which is located in the Western District of Virginia and the victim lives in Martinsburg, West Virginia, which is in the Northern District of West Virginia. As discussed in the prior section, the defendant would need to travel to the Northern District of West Virginia for child custody exchanges at the Martinsburg, West Virginia, Police Department. To that end, the parties request that condition 7(f) be modified to reflect the defendant's current residence within the Western District of Virginia and allow limited travel to the Northern District of West Virginia to exchange custody of the child.

## CONCLUSION

For the foregoing reasons, the parties respectfully recommend that the Court modify the condition of release that the defendant avoid contact with the victim unless in the presence of counsel, by expanding the exception to also include non-physical contact supervised by the victim's sister and procedures for exchanging custody of their child. Further, the parties seek to amend condition 7(f) to reflect the defendant's current residence and to facilitate custody exchange.

Respectfully submitted,

Lyndsey Halligan
United States Attorney

\_\_\_\_/s/_____
Lauren E.S. Rosen
Assistant Federal Public Defender                By:    \_\_\_/s/_____
Office of the Federal Public Defender                   Allie McKnight
1650 King Street, Suite 500                             Special Assistant United States Attorney
Alexandria, Virginia 22314                              April Russo
Telephone: (703) 600-0800                               Assistant United States Attorney
Email: Lauren_Rosen@fd.org                              United States Attorney's Office
                                                        2100 Jamieson Avenue
                                                        Alexandria, VA 22314
                                                        Telephone: (703) 236-3855
                                                        Email: Allie.McKnight@usdoj.gov

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2025, I caused a copy of the foregoing memorandum to befiled with the Clerk of Court using the CM/ECF system, which will automatically generate a Notice of Electronic Filing (NEF) to all counsel of record.

       /s/
Allie McKnight
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 236-3855
Email: Allie.McKnight@usdoj.gov